## SWEENEY V. TRITSCH.

*Motion to Vacate Judgment.*

(Decided June 6, 1907.)

APPEAL from Jackson Chancery Court.

Heard before Hon. W. H. SIMPSON.

VIRGIL BOULDIN, and LAWRENCE E. BROWN, for appellant.

J. B. TALLEY, and BILBRO & MOODY, for appellee.

Per Curiam.—Reversed and remanded on the authority of *Sweeney v. Tritsch*, 151 Ala. 243, 44 South. 184.

---

## BESSEMER COAL, IRON & LAND CO. V. DOAK.

*Damages for Personal Injury.*

(Decided July 2, 1907.)

APPEAL from Bibb Circuit Court.

Heard before Hon. B. M. MILLER.

PERCY & BENNERS, for appellant.

B. M. ALLEN, and LAVENDER & THOMPSON, for appellee.

SIMPSON, J.—Reversed and remanded on the authority of *Bessemer Coal, Iron & Land Co. v. Doak*, 152 Ala. —, 44 South. 627.

TYSON, C. J., HARALSON and DENSON, JJ., concur.